**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7464**

─────────────

JERRY B. JACKSON,

                                  Plaintiff - Appellant,

        versus

E. B. PETERSON, Officer #664; J. W. HETRICK,
Officer #1472; L. G. SELL, Officer #1812; J.
E. KELLY, Officer #1747; C. W. WETHERELL,
Officer #894; H. D. MCKINNEY, Officer #1476;
UNKNOWN OFFICER, #896,

                                  Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen, Chief
District Judge.  (CA-02-306-3-1-MU)

─────────────

Submitted:  November 21, 2002        Decided:  December 4, 2002

─────────────

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jerry Jackson, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Jackson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Jackson v. Peterson</u>, No. CA-02-306-3-1-MU (W.D.N.C. filed Sept. 16, 2002 & entered Sept. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>